IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER JOHN MAGESKI, JR.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIEMPELKAMP NUKLEARTECHNIC GMBH; SIEMPELKAMP NUCLEAR TECHNOLOGY, INC.; SIEMPELKAMP NUCLEAR SERVICES, INC.; SIEMPELKAMP LIMITED PARTNERSHIP; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-00978-HSG<br><br>[PROPOSED] ORDER TO CONTINUE MOTION BY PLAINTIFF ALEXANDER JOHN MAGESKI, JR. FOR REMAND OF CASE TO CONTRA COSTA COUNTY SUPERIOR COURT |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that the hearing** for Plaintiff Alexander John Mageski, Jr.'s Motion for Remand of Case to Contra Costa County Superior Court be continued from May 5, 2016 to June 9, 2016 at 2:00 p.m. The case management conference previously scheduled for June 7, 2016 is continued to June 9, 2016 at 2:00 p.m., to be heard along with the motion to remand.

Dated: _____ April 28, 2016

By: /s/ Haywood S. Gilliam Jr.
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge