MICHELLE R. FERBER, # 149929
mferber@danvillelaw.com
JONATHAN R. BABIONE, #270053
jbabione@danvillelaw.com
FERBER LAW, A Professional Corporation
2603 Camino Ramon, Suite 385
San Ramon, California 94583
(925) 355-9800
(925) 355-9801  FAX

Attorneys for Plaintiff
ALEXANDER JOHN MAGESKI, JR.

MICHELLE B. ABIDOYE, # 232782
mabidoye@fordharrison.com
DAVID L. CHENG, # 240926
dcheng@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
(213) 237-2400
(213)237-2401  FAX

Attorneys for Defendants
SIEMPELKAMP NUCLEAR TECHNOLOGY, INC.; SIEMPELKAMP NUCLEAR SERVICES, INC.; SIEMPELKAMP LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER JOHN MAGESKI, JR.<br><br>      Plaintiff,<br><br>      vs.<br><br>SIEMPELKAMP NUKLEARTECHNIC GMBH; SIEMPELKAMP NUCLEAR TECHNOLOGY, INC.; SIEMPELKAMP NUCLEAR SERVICES, INC.; SIEMPELKAMP LIMITED PARTNERSHIP; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 3:16-cv-00978-HSG<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii).

Dated: May 24, 2016                    FERBER LAW, A Professional Corporation

By: s/Jonathan R. Babione
    Michelle R. Ferber
    Jonathan R. Babione
    Attorneys for Plaintiff

Dated: May 24, 2016                    FORD & HARRISON LLP

By: s/Michelle B. Abidoye
    Michelle B. Abidoye
    David L. Cheng
    Attorneys for Defendants

IT IS SO ORDERED.

Dated: June 1, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge